1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION
11
12  UNITED STATES OF AMERICA,           )  CR 08 00588
13         Plaintiff,                   )
                                         )  VIOLATION: 8 U.S.C. § 1326 –
14     v.                               )  Illegal Re-Entry Following Deportation
                                         )
15  FELIPE OLEA-AVILA,                  )
                                         )  SAN JOSE VENUE
16         Defendant.                   )
                                         )
17  _____)

18                       I N F O R M A T I O N

19  The United States charges:

20     On or about April 21, 2008, the defendant

21                       FELIPE OLEA-AVILA,

22  an alien, previously having been arrested and deported from the United States on or about

23  February 22, 2005, April 28, 2005, May 16, 2005, May 23, 2005, and August 9, 2005, was found

24  in the Northern District of California, the Attorney General of the United States and the Secretary

25  for Homeland Security not having expressly consented to a re-application by the defendant for

26  admission into the United States, in violation

27  //

28  //

INFORMATION
CR CASE #

**FILED**
2008 SEP -3 A 11: 33
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-filing

1 | of Title 8, United States Code, Section 1326.

2 | DATED: 8/21/08

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Office

7 | (Approved as to form: _____ )
AUSA SCHENK

INFORMATION
CR CASE #                               2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED

### OFFENSE CHARGED

8 U.S.C. Section 1326 - ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

*E-filing*

**PENALTY:**
2 years imprisonment
$250,000 fine
1 year Supervised Release
$100 special assessment

**DEFENDANT - U.S.**

2008 SEP -3 A 11:33

► FELIPE OLEA-AVILA

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR - 08 00588    RMW

HRL

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70543-PVT

**Name and Office of Person Furnishing Information on THIS FORM**  JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**  JEFFREY B. SCHENK

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ► Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ► Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments: